ORIGINAL • VIA FAX

FILED

08 JAN 18 PM 4: 16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____

DEPUTY

STEVEN SKLAVER (237612)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
E-Mail: ssklaver@susmangodfrey.com

ERIC MAYER (Pro Hac Vice pending)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
E-Mail: EMayer@susmangodfrey.com

Attorneys for Defendant Texas Instruments Incorporated

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0113 J LSP

SHAHRAM TOOMARIAN,

     Plaintiff,

vs.

ARTECH INFORMATION SYSTEMS, LLP,
TEXAS INSTRUMENTS INC., and DOES 1-
50; Inclusive,

     Defendants.

Case No.

**DECLARATION OF STEVEN G.
SKLAVER IN SUPPORT OF NOTICE OF
REMOVAL OF CIVIL ACTION UNDER
28 U.S.C. § 1441(a) (DIVERSITY)**

[San Diego Superior Court Case No. 37-2007-
00082616-CU-WT-CTL]

812492v1/010414

I, Steven G. Sklaver, declare:

1.     I am an active member of the State Bar of California and a partner in the law firm of Susman Godfrey L.L.P., counsel for defendant Texas Instruments Incorporated ("Texas Instruments"), in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify thereto.

2.     This declaration is submitted in support of Notice of Removal of Civil Action Under 28 U.S.C. § 1441(a) (Diversity).

3.     Texas Instruments was served with a copy of the complaint filed in the State Action and a summons from the state court via regular mail that was postmarked December 11, 2007.

4. Attached hereto as Exhibit 1 is a true and correct copy of the August 29, 2007 settlement demand letter sent by prior counsel for plaintiff to defendants.

5. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of Texas Instruments's most recent Form 10-k filed with the Securities and Exchange Commission.

6. Attached hereto as Exhibit 3 is a true and correct copy of a January 17, 2008 print-out of a Texas Instruments Investor Frequently Asked Questions, also available on the internet at http://www.ti.com/corp/docs/investor/faqs.shtml#c2, with the relevant portions regarding Texas Instruments's citizenship marked on page 3.

7. Attached hereto as Exhibit 4 is a true and correct copy of a printout of defendant Artech Information Systems's webpage printed on January 18, 2008 which states that it's corporate headquarters is located in Cedar Knolls, New Jersey.

8. Attached hereto as Exhibit 5 is a true and correct copy of defendant Artech Information Systems's Business Status Entity Report available from the New Jersey Department of State.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of January, 2008, at Los Angeles, California.

Steven G. Sklaver

1

# EXHIBIT 1

 M I N A M I  **M** T A M A K I  L L P

*rec'd*
*8-31-07*

Brad Yamauchi
Partner
Phone: 415-788-9000 x112
Email: byamouchi@MinamiTamaki.com

August 29, 2007

Artech Information Systems LLP
c/o John Schmidt, Attorney for Artech
Lindabury, McCormick, Estabrook, & Cooper
53 Cardinal Drive
P.O. Box 2369
Westfield, NJ  07091

Suzanne Martin, EEO Specialist
Texas Instruments, Inc.
4904 102nd Street
Lubbock, TX  79424

Re: Shahram Toomorian v. Artech Information Systems LLP & Texas Instruments, Inc.

To Whom It May Concern:

I represent Mr. Shahram Toomorian in his claims against Artech Information Systems and Texas Instruments for discrimination, wrongful termination, breach of contract, and other claims.

**REDACTED**          

San Francisco Office  360 Post Street 8th Floor San Francisco CA 94108    Sunnyvale Office  333 W El Camino Real Suite 350 Sunnyvale CA 94087
Phone  415 788 9000   Fax: 415 398 3887    Phone: 408 739 1137  Fax: 408 739 1661

www.MinamiTamaki.com

**Exhibit 1, Page 2**

08/31/2007  18:38    8064730985              TI EEO                    PAGE  03

REDACTED                        REDACTED

08/31/2007  18:38   9064730585          TI EED                    PAGE  04

REDACTED                              REDACTED

If he prevails, he will be entitled to attorney's fees and costs, compensatory and punitive damages, and back pay with interest and front pay. I estimate these damages to total between $800,000 and $1,000,000 by the time of trial.

Mr. Toomarian is willing to resolve his claims with a mutual release on the following terms and conditions:

1. Artech and Texas Instruments will pay him a lump sum of $250,000.

2. Artech, Texas Instruments and Mr. Toomarian will agree to a process to assure that he receives favorable references from the company and the company will not interfere with his future career opportunities.

3. Artech and Texas Instruments will purge any negative information in its possession, if any, regarding Mr. Toomarian.

4. Artech and Texas Instruments and Mr. Toomarian will mutually waive and release all claims against each other.

Please contact me if you have any questions. And please make sure to preserve all documents and other materials related to Mr. Toomarian's employment, specifically any and all email communications sent between Mr. Toomarian and his colleagues, supervisors, and any other persons connected to his employment with

**Exhibit 1, Page 5**

Artech and Texas Instruments and document related to the questionnaire including the removal of Iran from the listing of countries of origin.

Thank you for your time and consideration.

Sincerely,

Brad Yamauchi
MINAMI TAMAKI LLP

# EXHIBIT 2



# FORM 10-K

## TEXAS INSTRUMENTS INC - txn

**Filed: February 28, 2007 (period: December 31, 2006)**

Annual report which provides a comprehensive overview of the company for the past year

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# FORM 10-K

(mark one)

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the Fiscal Year Ended December 31, 2006

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

for the transition period from _____ to _____

Commission File Number 1-3761

# TEXAS INSTRUMENTS INCORPORATED

(Exact name of Registrant as specified in its charter)

| Delaware | 75-0289970 |
|---|---|
| (State of Incorporation) | (I.R.S. Employer Identification No.) |
| 12500 TI Boulevard, P.O. Box 660199, Dallas, Texas | 75266-0199 |
| (Address of Principal Executive Offices) | (Zip Code) |

Registrant's Telephone Number, Including Area Code: 972-995-3773

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, par value $1.00 | New York Stock Exchange |
| Preferred Stock Purchase Rights | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes☐ No ☒

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the Registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.☐

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒          Accelerated filer☐          Non-accelerated filer☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes☐ No ☒

The aggregate market value of voting stock held by non-affiliates of the Registrant was approximately $43,524,868,296 as of June 30, 2006.

1,443,427,201 (Number of shares of common stock outstanding as of January 31, 2007)

Parts I, II and IV hereof incorporate information by reference to the Registrant's 2006 annual report to stockholders. Part III hereof incorporates information by reference to the Registrant's proxy statement for the 2007 annual meeting of stockholders.

Source: TEXAS INSTRUMENTS IN, 10-K, February 28, 2007

---

PART I

ITEM 1.    Business.

Company Overview

Texas Instruments Incorporated (TI) is headquartered in Dallas, Texas, and has manufacturing, design or sales operations in more than 25 countries. We had two separate business segments in 2006: 1) Semiconductor, which accounted for 96 percent of our revenue and 2) Education Technology, which accounted for 4 percent of our revenue.

The year saw changes in our segments. In January we entered into a definitive agreement to sell our former Sensors & Controls business, and its results were reported as a discontinued operation. The sale closed on April 27, 2006. At the end of the year, we decided to rename a segment to reflect its strategic focus; Educational & Productivity Solutions became Education Technology.

Financial information with respect to TI's business segments and operations outside the United States is contained in the note to the financial statements captioned "Segment and Geographic Area Data" on pages 32 and 33 of TI's 2006 annual report to stockholders. It is incorporated herein by reference to such annual report.

The company began operations in 1930 and is incorporated in Delaware.

Semiconductor Segment

Semiconductors are electronic components that serve as the building blocks inside of modern electronic systems and equipment. Semiconductors come in two basic forms: individual transistors and integrated circuits (generally known as "chips") that combine different transistors on a single piece of material to form a complete electronic circuit. Our Semiconductor segment designs, manufactures and sells integrated circuits.

The global semiconductor market is characterized by constant, though generally incremental, advances in product designs and manufacturing methods. Typically, new chips are produced in limited quantities at first and then ramp to high-volume production over time. Chip prices and manufacturing costs tend to decline over time as manufacturing methods and product life cycles mature.

The "semiconductor cycle" is an important concept that refers to the ebb and flow of supply and demand. The semiconductor market historically has been characterized by periods of tight supply caused by strong demand and/or insufficient manufacturing capacity, followed by periods of surplus products caused by declining demand and/or excess manufacturing capacity. This cycle is affected by the significant time and money required to build and maintain semiconductor manufacturing facilities.

We were the world's third largest semiconductor company in 2006 as measured by revenue, according to preliminary estimates from iSuppli Corporation, an industry analyst. Historically, our Semiconductor segment averages a significantly higher growth rate than our Education Technology segment.

The majority of our Semiconductor revenue comes from our core products, which are analog semiconductors and digital signal processors, or DSPs. These products enhance, and often make possible, a variety of applications that serve the communications, computer, consumer electronics, automotive and industrial markets. We believe that virtually all of today's digital electronic equipment requires some form of analog or digital signal processing.

We also design and manufacture other types of semiconductors, such as DLP® products that enable exceptionally clear video, and microprocessors that serve as the brains of high-end computer servers.

Knowledge about the systems our products go into is becoming increasingly important, because it enables us to differentiate our product offerings for our customers. Where a customer may previously have required multiple chips for a system to operate, we are now integrating the functionality of those multiple chips onto a few or even a single chip because we have both the system-level knowledge and the manufacturing technology to do so. An example is our single-chip cell phone solution, which combines the functionality of many separate chips onto one. The digitization of electronics also requires more high-performance analog functionality. With expertise in both digital signal processing and analog at the system level, we believe we are one of a very few semiconductor companies capable of integrating both technologies onto a single chip.

In addition, we enable our customers, particularly original design manufacturers (ODMs), to take advantage of our system-level knowledge and thereby speed their time to market by making available to them standard chipsets and reference designs. (An ODM designs and manufactures products for other companies; those other companies then sell the products under their

2

Source: TEXAS INSTRUMENTS IN, 10-K, February 28, 2007

**Exhibit 2, Page 9**

Exhibit 31(a)

## CERTIFICATIONS

I, Richard K. Templeton, certify that:

1. I have reviewed this report on Form 10-K of Texas Instruments Incorporated;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15(d)-15(f)) for the registrant and have:

     (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

     (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

     (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

     (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

     (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

     (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: February 28, 2007

/s/ Richard K. Templeton
Richard K. Templeton
President and
Chief Executive Officer

Source: TEXAS INSTRUMENTS IN, 10-K, February 28, 2007

**Exhibit 2, Page 10**

# EXHIBIT 3

Investor FAQs                                                         http://www.ti.com/corp/docs/investor/faqs.shtml

**TEXAS INSTRUMENTS**   Technology for Innovators   Enter Keyword        Enter Part Number

products   applications   design support                    Contact Us | TI Worldwide: United States | my.TI Login

TI Home > Investor Info > Investor Briefcase > Investor FAQs

# INVESTOR INFO

## INVESTOR FAQs

**INVESTOR BRIEFCASE**
- Investor FAQs
- Investor Relations Contact Information
- Request for Information & Documents
- TI Fact Sheet
- TI Executive Officers
- Stock Split History
- Dividend History
- TI Acquisitions
- Corporate Social Responsibility

**INVESTOR RESOURCES**
- Reports, Proxies & SEC Filings
- 2006 Financial Statements
- Historical Financial Statements-Selected Items
- Speeches, Events & Conference Calls
- Investor Briefcase
- Corporate Governance

▶ IR Home

### STOCK
What ticker symbol is Texas Instruments stock traded under?
What stock exchanges is TI traded on?
How do I buy TI stock?
Is there a direct stock purchase program and/or dividend reinvestment plan (DRIP) for TI stock?
How do I transfer my stock, change my mailing address on my stock certificates or get other stockholder records information?
How many shares of TI stock are outstanding? Potentially dilutive?
Does TI pay a dividend?
When was TI stock first traded on the New York Stock Exchange?
How many stock splits have there been on TI stock?
How can I get a current or historical TI stock price?
Does TI issue preferred stock?

### FINANCIAL INFORMATION
When does your fiscal year end?
When is your next date for reporting quarterly financial results?
How can I get a copy of your latest quarterly report, annual report and 10Q and 10K?
When is your next annual stockholders meeting?
What accounting firm audits your books?

### COMPANY INFORMATION
What year was TI founded?
When and where was TI incorporated?
Where is TI headquarters located?
Where can I get additional information on TI and its products?
What acquisitions has TI made?
Where can I find information on TI's strategy?

### CONTACT INFORMATION
How do I contact TI's transfer agent, Computershare?
How do I contact Investor Relations?

### STOCK
**What ticker symbol is Texas Instruments stock traded under?**
Texas Instruments is traded under the ticker symbol TXN.

**What stock exchanges is TI traded on?**
The New York Stock Exchange, and the Electronical Stock Exchange Switzerland, based in Zurich.

**How do I buy TI stock?**
TI stock can be purchased through a stockbroker, bank, credit union, or other financial institution or online service that provides brokerage services. In addition, TI stock may be purchased through a direct stock purchase and dividend reinvestment plan sponsored and administered by Computershare Trust Company, N.A. For information on this plan, Computershare CIP℠, contact our transfer agent, Computershare, directly as listed below.

**Is there a direct stock purchase program and/or dividend reinvestment plan (DRIP) for TI stock?**
Yes. Computershare CIP℠ is a direct stock purchase and dividend reinvestment plan sponsored and administered through our transfer agent, Computershare. For more information, please contact Computershare at:

Write:
Computershare CIP
c/o Computershare Investor Services
P. O. Box 43078
Providence, RI 02940-3078

Include your name, address, account number, company name (both as shown on your statement) and daytime phone number on all correspondence.

For overnight delivery services:
Computershare CIP
Computershare Investor Services
250 Royall Street, Mail Stop 1A
Canton, MA 02021

Call:

1 of 3

**Exhibit 3, Page 11**
1/17/2008 6:24 PM

Toll Free: 800-981-8676
Phone: 312-360-5151

By Internet:
www.computershare.com
Please note that all transactions online shall be subject to the
additional Investor Centre Terms and Conditions.

**How do I transfer my stock, change my mailing address on
my stock certificates or get other stockholder records
information?**
Contact our transfer agent, Computershare. For questions about
transfers, address changes, or other questions regarding your stock
certificates, Computershare can be reached at:

Computershare Investor Services, L.L.C
Shareholder Communications
PO Box 43036
Providence, RI 02940-3036
Toll Free: 800-981-8676
Phone: 312-360-5151
www.computershare.com/contactus
www-us.computershare.com

**How many shares of TI stock are outstanding? Potentially
dilutive?**

- As of 9/30/07, there were 1,398,206,770 shares of outstanding TI
  common stock.

- The weighted average dilutive potential common shares outstanding
  for the year 2006: 32,040,000.

**Does TI pay a dividend?**
Yes, TI currently pays $0.10 per share of common stock. See the
dividend history for more details.

**When was TI stock first traded on the New York Stock
Exchange?**
October 1, 1953.

**How many stock splits have there been on TI stock?**
TI has had eight stock splits in its history. See the stock split history
chart for more details.

**How can I get a current or historical TI stock price?**

- TI daily stock price is listed with 20-minute delay data in the Stock
  Chart section of the Investor Relations home page. Please note the
  disclaimer regarding the information listed.

- Historical information is also available at the same site on a
  split-adjusted per-share basis from 1980 to the present.

- If you require pre-1980 TI stock prices, contact Investor Relations at
  972-995-3773.

**Do you issue preferred stock?**
No.

<back to top>

**FINANCIAL INFORMATION**
**When does your fiscal year end?**
Texas Instruments operates on the calendar year, so our fiscal year
ends December 31.

**When is your next date for reporting quarterly financial
results?**
See the Investor Calendar.

**How can I get a copy of your latest quarterly report, annual
report, 10Q and 10K?**

- To view the online version of the last quarterly report click here.

- For the online version of the annual report click here.

- For access to SEC filings on the EDGAR database click here.

- To order hard copies of the material please call 972-995-3773 or
  1-800-336-5236 or click here.

**When is your next annual stockholder's meeting?**
April 17, 2008, in Dallas, Texas. The meeting will begin at 10 a.m.

**Exhibit 3, Page 12**

Central Time and be held at the cafeteria on our property at 12500 TI Boulevard, Dallas, Texas.

**What accounting firm audits your books?**
Ernst & Young LLP, Dallas, Texas

<back to top>

**COMPANY INFORMATION**
**What year was TI founded?**
1930. The company was founded as Geophysical Service, the first independent contractor specializing in reflection seismograph method of exploration. The name was changed to Texas Instruments Incorporated in 1951, with Geophysical Service Inc. (GSI) becoming a wholly owned subsidiary.

**When and where was TI incorporated?**
Incorporated 12/23/38. In Delaware.

**Where is TI headquarters located?**
Dallas, Texas.

**Where can I get additional information on TI and its products?**

- To view online information about TI, click here.

- For product literature and general information, call 1-800-336-5236 or 972-995-6611. In addition, information about TI semiconductors, educational technology and calculator products, DLP® products, and TI-RFID™ products is listed on TI's web site.

**What recent acquisitions has TI made?**
For a list of TI acquisitions since 1996, click here.

**Where can I find information on TI's strategy?**
Information can be found in the Letter to Stockholders contained in the most recent TI Summary Annual Report, as well as presentation materials from the 2007 Financial Analyst Meeting. The annual shareholders speech, quarterly earnings releases, the 10K and 10Qs, and executive presentations also contain information on TI's business strategies.

In addition, the Financial Analyst Meeting, annual shareholders speech, and executive presentations at Investor Relations conferences are typically webcast live, with archived replays available for a limited period of time.

<back to top>

**CONTACT INFORMATION**
**How do I contact TI's transfer agent, Computershare?**
Computershare can be reached at:

Computershare Investor Services, L.L.C
Shareholder Communications
PO Box 43036
Providence, RI 02940-3036
Toll Free: 800-981-8676
Phone: 312-360-5151
www.computershare.com/contactus
www-us.computershare.com

**How do I contact TI Investor Relations?**
Texas Instruments Investor Relations
P.O. Box 660199, MS 8657
Dallas, TX 75266-0199
Phone: 972-995-3773 or 1-800-336-5236 Option 6

<back to top>

Products | Applications | Design Support | Buy | Contact Us | TI Worldwide | my.TI Login | All Searches | Company Info | News Releases | RSS | Site Map

© Copyright 1995-2008 Texas Instruments Incorporated. All rights reserved. Trademarks | Privacy Policy | Terms of Use

This website is posted solely for information purposes and is not to be construed either as an offer to sell or the solicitation of an offer to buy any security.
Safe Harbor Statement

Exhibit 3, Page 13
1/17/2008 6:24 PM

# EXHIBIT 4

 Achieving Every Day ™

Providing business solutions worldwide
leveraging people and technology

// Home // About Us // Quality // Clients // Awards // Career // My Artech // News // Contact Us



IT Staff Augmentation
& Consulting Services



Project Management
Services



BPO Services



Government Services

Artech Information Systems LLC, a certified Minority- and
Women-Owned Business Enterprise, provides IT Staff
Augmentation and Consulting, Project Management and
Business Process Outsourcing services for an extensive
commercial and government client base.

Artech's solutions have been designed to address all areas of
critical needs in managing clients' strategic eBusiness and IT
investments. Currently, Artech is Tier-1 Vendor
and Preferred Supplier to over 25 Fortune 500 companies and
a "Top Five" Supplier to more than five of those clients.

With major operations in the USA, India, and China, Artech's
unique blend of services and operational excellence ensures
complete coverage to its clients' needs and requirements.

Our Mission is to achieve excellence in providing the best
value solutions to our clients and promoting the highest
standards of quality, integrity and mutual respect.

*Headlines...*

January 14, 2008 -- The Artech-Dalmia Center for IT in
Rajasthan, India was inaugurated earlier this month. The goal
of the Center is to empower women with cutting-edge
technology skills... Read the full story.

December 5, 2007 -- *NJBIZ*, New Jersey's premiere business
publication, ranked Artech the 2nd fastest growing company
in NJ. The award was presented at the annual *NJBIZ* dinner by
PricewaterhouseCoopers... Read the full story.

October 19, 2007 -- India has won the prestigious Amity
Leadership Award for Excellence in Recuitment Process
Outsourcing (RPO). Read the full story.



Artech President,
Ranjini Poddar, talks to
CRN TV about Artech's
Fast Growth success

**Artech Has Moved**
Contact us at our new headquarters:
240 Cedar Knolls Road
Suite 100
Cedar Knolls, NJ 07927
Ph: (973) 993-9383
Fax: (973) 993-9366
more information

© 2007 Artech Information Systems L.L.C. All rights reserved
Logos and/or Trademarks used here belong to their respective owners.
They have been used here for information purpose only.
Terms of use / Privacy Statement / Site Map / Disclaimer
Contact marketing@artechinfo.com with questions or comments about the website

Exhibit 4, Page 14
1/18/2008

# EXHIBIT 5



# New Jersey State Business Gateway Service
## Corporate and Business Information Reporting

## Business Entity Status Report

**Printing Instructions:** Open your Browser's Page Setup menu and set your page margins to 0.25". Use your Browser's Print option to print the report as seen on screen.

**Saving Instructions:** Save this file to your hard drive for later viewing by using the Browser's "Save As" function. All available information is displayed.

---

**Status Report For: ARTECH INFORMATION SYSTEMS L.L.C.**

| | |
|---|---|
| **Business Name:** ARTECH INFORMATION SYSTEMS L.L.C. | **Report Date: 01/17/2008** |
| **Business ID Number:** 0600015967 | **Transaction Number: Sequence: 1242668: 1** |

**Business Type:** DOMESTIC LIMITED LIABILITY COMPANY

**Status:** ACTIVE

| | |
|---|---|
| **Filing Date:** 09/27/1994 | **Home Jurisdiction:** NJ |
| **Status Change Date:** | **Stock Amount:** 0 |
| **DOR Suspension Start Date:** | **DOR Suspension End Date:** |
| **Tax Suspension Start Date:** | **Tax Suspension End Date:** |

**Annual Report Month:** 9
**Last Annual Report Filed:** 06/22/2006
**For Last Annual Report Paid Year:** 2006

---

**Incorporator:** N
**Agent:** RANJINI PODDAR
**Agent Address:** 60B COLUMBIA RD
MORRISTOWN, NJ 07960

**Office Address Status:** Deliverable
**Main Business Address:** 60B COLUMBIA RD
MORRISTOWN, NJ 07960

**Principal Business Address:** 60B COLUMBIA RD
MORRISTOWN, NJ 07960

---

**Associated Names**

| Name: | Type Description: |
|---|---|
| | |

---

**Officers/Directors/Members**

1) **Title:** PRESIDENT
**Name:** RANJINI PODDAR
**Address:** 6 DICKENS COURT

---

**Exhibit 5, Page 15**

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1901 Avenue of the Stars, Suite 950, Los Angeles, California 90067-6029.

On January 18, 2008, I served the foregoing document(s) described as follows:

**DECLARATION OF STEVEN G. SKLAVER IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(a) (DIVERSITY)**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

XX    BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____    BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee.

_____    BY FEDERAL EXPRESS OR OVERNIGHT COURIER

_____    BY FAX
I served by facsimile as indicated on the attached service list.

_____    BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on January 18, 2008, at Los Angeles, California.

_____    (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

  XX   (Federal)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| | |
|---|---|
| Helen Danielson | _Helen Danielson_ |
| (Type or Print Name) | (Signature) |

1

## **SERVICE LIST**

2  Michael P. Sousa
   Law Offices of Michael P. Sousa
3  3232 Governor Dr., Suite A
   San Diego, California 92122

4
   Attorney for Plaintiff Shahram Toomarian
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28