UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SHAHRAM TOOMARIAN, )
)
        Plaintiff )  Case No. 08 CV 0113 J LSP
)
vs. )  PRO HAC VICE APPLICATION
)
ARTECH INFORMATION SYSTEMS, )  Defendant Texas Instruments
LLP, TEXAS INSTRUMENTS INC., )  Party Represented
        Defendant )
)

I, ERIC J. MAYER _____ hereby petition the above entitled court to permit me
    (Applicant)
to appear and participate in this case and in support of petition state:

My firm name: SUSMAN GODFREY L.L.P.
Street address: 1000 Louisiana, Suite 5100
City, State, ZIP: Houston, Texas 77002-5096
Phone number: (713) 651-9366

That on 1988 _____ I was admitted to practice before USDC, Southern District of Texas
    (Date)                                                                   (Name of Court)
and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ( ) have) (X) have not) concurrently or within the year preceding this application made any pro hac vice application to this court.
        (If previous application made, complete the following)
Title of case _____

Case number _____ Date of application _____

Application    ☐ granted    ☐ denied

I declare under penalty of perjury that the foregoing is true and correct.

                                         (Signature of Applicant)

**DESIGNATION OF LOCAL COUNSEL**

I hereby designate the below named as associate local counsel.

Steven G. Sklaver _____  (310) 789-3100
   (Name)                                           (Telephone)
SUSMAN GODFREY L.L.P.
   (Firm)
1901 Avenue of the Stars, Suite 950,   Los Angeles, CA   90067
   (Street)                                  (City)               (Zip code)

                                    Signature of Applicant

I hereby consent to the above designation.

_____
Signature of Designee Attorney

The pro hac vice application is hereby approved for filing.



Received $180.00 for Court Library fee

_____ Deputy Clerk

Date 2-1-08
It is so ordered,

_____

**Pro Hac Vice**    (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

**Fee:**    $180.00, payable to Clerk, U.S. District Court

Application and fee should be mailed directly to:

    W. Samuel Hamrick, Jr., Clerk
    United States District Court
    Southern District of California
    880 Front Street Suite 4290
    San Diego, California 92101-8900

8/7/07

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1901 Avenue of the Stars, Suite 950, Los Angeles, California 90067-6029.

On January 29, 2008, I served the foregoing document(s) described as follows:

**PRO HAC VICE APPLICATION**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

__XX__ BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee.

_____ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

_____ BY FAX
I served by facsimile as indicated on the attached service list.

_____ BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on January 29, 2008, at Los Angeles, California

___ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__XX__ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

__Helen Danielson__                    _/s/ Helen Danielson_
(Type or Print Name)                    (Signature)

810835v1/010414

**SERVICE LIST**

Michael P. Sousa,
Law Offices of Michael P. Sousa
3232 Governor Dr., Suite A
San Diego, California 92122

Attorney for Plaintiff Shahram Toomarian

810835v1/010414