1  Thomas S. Ingrassia, Esq., Bar No. 149673
   Tyler A. Theobald, Esq., Bar No. 254215
2  **PETTIT KOHN INGRASSIA & LUTZ PC**
   12250 El Camino Real, Suite 350
3  San Diego, CA 92130
   (858) 755-8500 / FAX (858) 755-8504
4  tingrassia@pettitkohn.com;
   ttheobald@pettitkohn.com
5

6  Attorneys for Defendant **ARTECH INFORMATION SYSTEMS, LLP**
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 | SHAHRAM TOOMARIAN,            | CASE NO.: 08-CV-0113-J-LSP |
12 | Plaintiff,                     |                             |
   |                                | **CERTIFICATE OF SERVICE**  |
13 | v.                             |                             |
14 | ARTECH INFORMATION SYSTEMS,    |                             |
   | LLP, TEXAS INSTRUMENTS, INC., and | [San Diego Superior Court Case |
15 | DOES 1-50, Inclusive,          | No. 37-2007-00082616-CU-WT-CTL] |
16 | Defendants.                    |                             |

17

18     I hereby certify that on **March 6, 2008**, a copy of:

19     1.    **DEFENDANT ARTECH INFORMATION SYSTEMS, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT**
20

21 **was** served upon counsel of record by electronic mail to:

22 | Michael P. Sousa, Esq.                | Steven Sklaver, Esq.                  |
   | LAW OFFICES OF MICHAEL P. SOUSA       | Susman Godfrey L.L.P.                 |
23 | 3232 Governor Drive, Suite A          | 190 Avenue of the Stars, Suite (50    |
   | San Diego, CA 92122                   | Los Angeles, CA 90067-6029            |
24 | (858) 453-6122, ext. 10               | (310) 789-3100                        |
   | (858) 453-2155 (FAX)                  | (310) 789-3150 (FAX)                  |
25 | sousam@sbcglobal.net                  | ssklaver@susmangodfrey.com            |
   | Attorneys for Plaintiff **SHAHRAM**   | Attorneys for Defendant **TEXAS**     |
26 | **TOOMARIAN**                         | **INSTRUMENTS, INC.**                 |

27   ///

28   ///

2047-2021

| | |
|---|---|
| 1 | Eric Mayer, Esq., (Pro Hac Vice) |
|   | SUSMAN GODFREY L.L.P. |
| 2 | 1000 Louisiana, Suite 5100 |
|   | Houston, Texas 77002-5096 |
| 3 | (713) 651-9366 |
|   | (713) 654-6666 (FAX) |
| 4 | emayer@susmangodfrey.com |
|   | Attorneys for Defendant **TEXAS** |
| 5 | **INSTRUMENTS, INC.** |

6   Executed on **March 7, 2008**, at San Diego, California.

7

8   _____
      VALERIE BROWNE

2047-2021

2

CERTIFICATE OF SERVICE