**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

TOOMARIAN                    v. ARTECH                         No. 08-0113-J(LSP)

HON. LEO S. PAPAS    CT. DEPUTY J. JARABEK        Rptr.    3.25 H

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Michael Sousa | Thomas Ingrassia |
|  | Steven Sklaver |

ENE held.

Counsel to contact the Court regarding status.

DATED: March 11, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge