UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRAM TOOMARIAN, ) | Civil No. 08-0113-J(LSP) |
| ) | |
| Plaintiff, ) | |
| ) | ORDER FOLLOWING EARLY NEUTRAL |
| v. ) | EVALUATION CONFERENCE, SETTING |
| ) | RULE 26 COMPLIANCE AND NOTICE |
| ARTECH INFORMATION SYSTEMS, ) | OF CASE MANAGEMENT CONFERENCE |
| LLP, TEXAS INSTRUMENTS, INC., ) | |
| ) | |
| Defendants. ) | |

On March 11, 2008 the Court convened an Early Neutral Evaluation Conference (ENE) in the above-entitled action. Appearing were Michael Sousa on behalf of plaintiff and Steven Sklaver and Thomas Ingrassia on behalf of defendants.

Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Federal Rule of Civil Procedure, Rule 26. Based thereon, the court issues the following orders:

1. Any objections made to initial disclosure pursuant to Federal Rule of Civil Procedure, Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be

1 resolved as required by Rule 26.

2    2.   The Rule 26(f) conference shall be completed before
3 <u>April 28, 2008</u>;

4    3.   The date of initial disclosure pursuant to Rule
5 26(a)(1)(A-D) shall occur before <u>May 8, 2008</u>;

6    4.   A discovery plan shall be <u>lodged</u> with Magistrate Judge
7 Papas on or before <u>May 8, 2008</u>; and,

8    5.   A Case Management Conference, pursuant to Federal Rule
9 of Civil Procedure 16(b) shall be held on <u>May 14, 2008</u>, at <u>8:30 AM</u>,
10 in the chambers of Magistrate Judge Leo S. Papas.  Counsel may
11 participate by telephone conference call.  The Court will initiate
12 the conference call.

13    Failure of any counsel or party to comply with this Order
14 will result in the imposition of sanctions.

15    IT IS SO ORDERED.

17 DATED:  April 2, 2008

                                    _____
                                    Hon. Leo S. Papas
                                    U.S. Magistrate Judge