MICHAEL P. SOUSA, Bar No. 229416
LAW OFFICES OF MICHAEL P. SOUSA
3232 Governor Dr., Suite A
San Diego, CA 92122
T: (858) 453-6122, ext.10
F: (858) 453-2155

Attorney for Plaintiff SHAHRAM TOOMARIAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRAM TOOMARIAN,<br><br>    Plaintiff,<br><br>v.<br><br>ARTECH INFORMATION SYSTEMS, LLC,<br>TEXAS INSTRUMENTS INCORPORATED,<br><br>    Defendants. | Case No. 08-0113-J (LSP)<br><br>**JOINT RULE 26(F) REPORT AND DISCOVERY PLAN**<br><br>Complaint Filed: December 6, 2007 |

Plaintiff Shahram Toomarian ("Plaintiff") and Defendants Texas Instruments Incorporated and Artech Information Systems, LLC ("Defendants") submit this Joint Report pursuant to Federal Rule of Civil Procedure 26(f).

On April 23, 2008, counsel met telephonically for the purpose of conducting the early meeting of counsel and complying with the requirements of Rule 26.

**A. DISCOVERY PLAN AND CUT-OFF DATES**

    1.    <u>Initial Disclosures</u>

The date for Initial Disclosures pursuant to Rule 26(a)(1) is set for May 8, 2008, by order of

the court. The parties do not believe that changes will be required in the timing, form, or requirement for disclosures under Rule 26(a)(1).

    2.    <u>Subjects of Discovery</u>

The parties agree that discovery will center upon: 1) whether Plaintiff was discriminated against by Defendants, as defined in the California Fair Employment and Housing Act; 2) whether Plaintiff was wrongfully terminated from employment by Defendants; 3) whether Plaintiff was damaged by this termination; 4) whether Defendants were in fact employers of Plaintiff; and 5) whether Plaintiff's claims are barred by the 'deemed export rule' of the Export Administration Regulations.

    3.    <u>Discovery Limits</u>

The parties do not believe discovery will need to be conducted in phases or be limited. The parties agree to use a single court reporting company for all depositions, namely, Veritext Court Reporters, 402 W Broadway, Suite 1910, San Diego, CA 92101; (619) 232-3376.

    4.    <u>Other Orders</u>

The parties propose that the Court issue an order setting a discovery cut-off date of February 27, 2009. The parties have agreed to complete expert disclosures ninety (90) days before trial pursuant to Rule 26(a)(2) and supplemental expert disclosures within thirty (30) days after the disclosure of expert witnesses. The parties agree that neither side will be entitled to discovery of communications between counsel and expert witnesses or to drafts of experts' reports. The parties have further agreed to complete pre-trial disclosures thirty (30) days before trial pursuant to Rule 26(a)(3). The parties do not believe that changes will be required in the timing, form, or requirement for disclosures under Rule 26(a)(2) or Rule 26(a)(3).

**B. MAJOR PROCEDURAL OR EVIDENTIARY PROBLEMS**

The parties do not anticipate any major procedural or evidentiary problems at this time.

                                                            Respectfully submitted,

Dated: May 8, 2008                             LAW OFFICES OF MICHAEL P. SOUSA

                                                /s/ Michael P. Sousa
                                                Michael P. Sousa
                                                Attorney for Plaintiff
                                                SHAHRAM TOOMARIAN

Dated: May 8, 2008                             SUSMAN GODFREY, L.L.P.

                                                /s/ Steven G. Sklaver
                                                Steven G. Sklaver
                                                Attorneys for Defendant
                                                TEXAS INSTRUMENTS INCORPORATED

Dated: May 8, 2008                             PETTIT KOHN INGRASSIA & LUTZ

                                                /s/ Thomas S. Ingrassia
                                                Thomas S. Ingrassia
                                                Attorneys for Defendant
                                                ARTECH INFORMATION SYSTEMS, LLC

Shahram Toomarian v. Artech et al.
US District Court Case No. 08-0113-J (LSP)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE**

I, Michael P. Sousa, am an attorney in the County of San Diego, State of California, at the Law Offices of Michael P. Sousa, 3232 Governor Drive, Suite A, San Diego, CA 92122. I am over the age of eighteen and am not a party to the within action.

On **May 8, 2008**, I served the following document(s) described as:

**1. JOINT RULE 26(F) REPORT AND DISCOVERY PLAN**

on all parties described in this action, by electronically filing said document(s) with the Clerk of the District Court using the Court's ECF system, electronically notifying the following of the filing:

Steven Sklaver
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067

Thomas Ingrassia
12250 El Camino Real, Suite 350
San Diego, CA 92130

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

/s/ Michael P. Sousa
Michael P. Sousa