Thomas S. Ingrassia, Esq., Bar No. 149673
Tyler A. Theobald, Esq., Bar No. 254215
**PETTIT KOHN INGRASSIA & LUTZ PC**
11622 El Camino Real, Suite 300
San Diego, CA 92130
(858) 755-8500 / FAX (858) 755-8504
tingrassia@pettitkohn.com;
ttheobald@pettitkohn.com

Attorneys for Defendant **ARTECH INFORMATION SYSTEMS, LLP**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRAM TOOMARIAN,<br><br>Plaintiff,<br><br>v.<br><br>ARTECH INFORMATION SYSTEMS, LLP, TEXAS INSTRUMENTS, INC., and DOES 1-50, Inclusive,<br><br>Defendants. | CASE NO.: 08-CV-0113-J-LSP<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>[San Diego Superior Court Case No. 37-2007-00082616-CU-WT-CTL] |

TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

     PLEASE TAKE NOTICE THAT effective May 27, 2008, the new mailing and business address for attorneys Thomas S. Ingrassia, Esq. and Tyler A. Theobald, Esq., counsel of record for ARTECH INFORMATION SYSTEMS, LLP will be as follows:

PETTIT KOHN INGRASSIA & LUTZ PC
11622 El Camino Real, Suite 300
San Diego, California 92130
(858) 755-8500 office
(858) 755-8504 facsimile

///

///

///

2047-2021

1  Please continue to direct all pleadings, correspondence and/or any communication to
2  Mr. Ingrassia and Mr. Theobald, and update your mailing and proof of service lists
3  accordingly.

PETTIT KOHN INGRASSIA & LUTZ PC

6  Dated: May 19, 2008           By: _____
                                   Thomas S. Ingrassia, Esq.
7                                  Tyler A. Theobald, Esq.
                                   Attorneys for Defendant **ARTECH
8                                  INFORMATION SYSTEMS, LLC**

Thomas S. Ingrassia, Esq., Bar No. 149673
Tyler A. Theobald, Esq., Bar No. 254215
**PETTIT KOHN INGRASSIA & LUTZ PC**
11622 El Camino Real, Suite 300
San Diego, CA 92130
(858) 755-8500 / FAX (858) 755-8504
tingrassia@pettitkohn.com;
ttheobald@pettitkohn.com

Attorneys for Defendant **ARTECH INFORMATION SYSTEMS, LLP**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRAM TOOMARIAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ARTECH INFORMATION SYSTEMS, LLP, TEXAS INSTRUMENTS, INC., and DOES 1-50, Inclusive,<br><br>　　　　　Defendants. | CASE NO.: 08-CV-0113-J-LSP<br><br>**CERTIFICATE OF SERVICE**<br><br>[San Diego Superior Court Case No. 37-2007-00082616-CU-WT-CTL] |

I hereby certify that on **May 23, 2008**, a copy of:

**NOTICE OF CHANGE OF ADDRESS**

was served upon counsel of record by electronic mail to:

Michael P. Sousa, Esq.
LAW OFFICES OF MICHAEL P. SOUSA
3232 Governor Drive, Suite A
San Diego, CA 92122
(858) 453-6122, ext. 10
(858) 453-2155 (FAX)
sousam@sbcglobal.net
Attorneys for Plaintiff **SHAHRAM TOOMARIAN**

Steven Sklaver, Esq.
Susman Godfrey L.L.P.
190 Avenue of the Stars, Suite (50
Los Angeles, CA 90067-6029
(310) 789-3100
(310) 789-3150 (FAX)
ssklaver@susmangodfrey.com
Attorneys for Defendant **TEXAS INSTRUMENTS, INC.**

///

///

///

1

Eric Mayer, Esq. , (Pro Hac Vice)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
(713) 651-9366
(713) 654-6666 (FAX)
emayer@susmangodfrey.com
Attorneys for Defendant **TEXAS INSTRUMENTS, INC.**

Executed on **May 23, 2008**, at San Diego, California.

*/s/ Shira Mendelsohn*
SHIRA M. MENDELSOHN