## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TOOMARIAN                              v. ARTECH                              No. 08-0113-J(LSP)

HON. LEO S. PAPAS        CT. DEPUTY J. JARABEK            Rptr.
                                    Attorneys
        Plaintiffs                                           Defendants


Case settled.  Plaintiff's/Defendant's counsel to submit papers within ___30___ days.

A Settlement Disposition Conference will be held in this case on August 6, 2008, at 4:00 p.m., in the chambers of Magistrate Papas unless a signed stipulation for dismissal of this case is filed and a copy of the signed stipulation is provided to the chambers of Magistrate Judge Papas, prior to that time.  If a copy of a signed stipulation of dismissal cannot be provided to the chambers of Magistrate Judge Papas on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Papas at least one court day before the date indicated above, to explain the reasons therefor.  Monetary sanctions shall be imposed for failure to comply with this order.

The Settlement Conference set for October 15, 2008 at 9:00 a.m. is vacated.


DATED:  June 30, 2008

                                                    _____
                                                    Hon. Leo S. Papas
                                                    U.S. Magistrate Judge