**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

<u>TOOMARIAN</u>                    v. <u>ARTECH</u>                         No. <u>08-0113-J(LSP)</u>

<u>HON. LEO S. PAPAS</u>     <u>CT. DEPUTY J. JARABEK</u>          Rptr. _____
                                 <u>Attorneys</u>
       <u>Plaintiffs</u>                                            <u>Defendants</u>

_____           _____

_____           _____

_____           _____


The date and time of the Settlement Disposition Conference on <u>August 6, 2008</u> at <u>4:00 PM</u> is vacated and reset for <u>September 10, 2008</u> at <u>4:00 PM</u>.

If a copy of a signed joint motion for dismissal cannot be provided to the chambers of Magistrate Judge Papas on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Papas <u>at least one court day before</u> the date indicated above, to explain the reasons therefor. <u>Monetary sanctions shall be imposed for failure to comply with this order</u>.


DATED: July 28, 2008

_____
Hon. Leo S. Papas
U.S. Magistrate Judge