| | |
|---|---|
| 1 | STEVEN G. SKLAVER (237612) |
| | SUSMAN GODFREY L.L.P. |
| 2 | 1901 Avenue of the Stars, Suite 950 |
| | Los Angeles, California  90067-6029 |
| 3 | Telephone:  (310) 789-3100 |
| | Facsimile:  (310) 789-3150 |
| 4 | |
| | ERIC MAYER *(Pro Hac Vice)* |
| 5 | SUSMAN GODFREY L.L.P. |
| | 1000 Louisiana, Suite 5100 |
| 6 | Houston, Texas  77002-5096 |
| | Telephone:  (713) 651-9366 |
| 7 | Facsimile:  (713) 654-6666 |
| 8 | Attorneys for Defendant Texas Instruments Incorporated |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAHRAM TOOMARIAN, | Case No.:  08 CV 0113 J LSP |
| Plaintiff, | |
| vs. | **STIPULATED DISMISSAL OF ACTION WITH PREJUDICE** |
| ARTECH INFORMATION SYSTEMS, LLP, TEXAS INSTRUMENTS INC., and DOES 1-50; Inclusive, | |
| Defendants. | |

1

869288v1/010414

1  Pursuant to Fed. R. Civ. P. 41(a), plaintiff Shahram Toomarian, by stipulation of the
2  parties, dismisses this action with prejudice, each party to bear their own costs and fees.

4  Dated:  September 9, 2008    MICHAEL P. SOUSA
                                LAW OFFICES OF MICHAEL P. SOUSA

                                By:  /s/ Michael P. Sousa
                                     Michael P. Sousa
                                Attorneys for Plaintiff SHAHRAM TOOMARIAN

10 Dated:  September 9, 2008    SUSMAN GODFREY LLP

                                By:  /s/ Steven G. Sklaver
                                     Steven G. Sklaver
                                Attorneys for Texas Instruments Incorporated

15 Dated:  September 9, 2008    THOMAS S. INGRASSIA
                                PETTIT KOHN INGRASSIA & LUTZ, PC

                                By:  /s/ Thomas S. Ingrassia
                                     Thomas S. Ingrassia
                                Attorneys for ARTECH INFORMATION
                                SYSTEMS, LLP

2

869288v1/010414