## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TOOMARIAN                         v. ARTECH                          No. 08-0113-J(LSP)

HON. LEO S. PAPAS      CT. DEPUTY J. JARABEK         Rptr. _____

                              Attorneys

       Plaintiffs                                         Defendants

The Settlement Disposition Conference set for September 10, 2008 at 4:00 p.m. is vacated. Dismissal received.

DATED: September 9, 2008

                                              Hon. Leo S. Papas
                                              U.S. Magistrate Judge